UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>DOHERTY, KENNETH W | Case No.: 15-22456-ABA<br>Chapter: 7<br>Judge: Andrew B. Altenburg, Jr. |

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on 01/03/2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 7 LINCOLN LANE, MARLTON NJ 08053<br>(FMV $295,000.00) |

| | |
|---|---|
| Liens on property: | $409,213.00 - PNC Bank |

| | |
|---|---|
| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:      Andrew Sklar, Chapter 7 Trustee

Address:      1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-22456-ABA
Kenneth W Doherty                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1             Date Rcvd: Nov 30, 2016
                              Form ID: pdf905          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2016.
db              +Kenneth W Doherty,    7 Lincoln Lane,    Marlton, NJ 08053-1957
515601887       +Amcol Systems Inc,    111 Lancewood Rd,    Columbia, SC 29210-7523
515601888       +Brenda Doherty,    7 Lincoln Lane,    Marlton, NJ 08053-1957
515613519       +PNC BANK,   N/A,    P O BOX 94982,    CLEVELAND OHIO 44101-4982
515742028       +PNC Bank, National Association,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
515601890       +Pnc Mortgage,    1801 E 9th St Ste 200,    Cleveland, OH 44114-3103
515601892      #+Zucker, Goldberg & Ackerman,    200 Sheffield Street,    PO Box 1024,
                  Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 30 2016 23:39:24      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 30 2016 23:39:21      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
515601889       +E-mail/Text: bankruptcy@icsystem.com Nov 30 2016 23:39:55      IC System,   Attn: Bankruptcy,
                  444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             +PNC Mortgage,   1801 E 9th Street,    Ste 200,    Cleveland, OH 44114-3103
515601891*      +PNC Mortgage,   1801 E 9th Street Ste 200,    Cleveland, OH 44114-3103
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2016 at the address(es) listed below:
              Andrew Sklar    andy@sklarlaw.com,
               NJ43@ecfcbis.com;dolores@sklarlaw.com;sklar@remote7solutions.com
              Denise E. Carlon    on behalf of Loss Mitigation    PNC Mortgage dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ibalboa@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    PNC Bank, National Association
               jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Stuart D. Gavzy    on behalf of Debtor Kenneth W Doherty stuart@gavzylaw.com,
               lesliebrown.paralegal@gmail.com,sstern@gavzylaw.com,gavzyecf@gmail.com,stuart@ecf.courtdrive.com
                                                                                              TOTAL: 7