# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:                                                            :    Case no.:    _____
                                                                  :
                                                                  :    Chapter:     _____
                                                                  :
　　　　　　　Debtor(s)                                            :    Judge:       _____
_____:

AMENDED

**CERTIFICATION OF NO OBJECTION**

I hereby certify that there have been no objections filed relative to the following Notice of :

❏　　Abandonment

❏　　Public Sale

❏　　Private Sale

❏　　Settlement of Controversy

❏　　Auctioneer Compensation

Description of Property (if applicable):




Date: _____                          JEANNE A. NAUGHTON, Clerk


*rev.1/4/19*